**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

September 7, 2023

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York   10601

> **Counsel's request for appointment as CJA counsel to represent Deft. Chambless in this VOSR matter is GRANTED *nunc pro tunc* to August 13, 2023. Clerk of Court is requested to terminate the motion at ECF No. 27.   Dated: White Plains, NY
> September 8, 2023**
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

re: *United States v. Donzell Chambless,* 19-cr-29 (NSR)

Dear Judge Román:

    This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act (CJA) to represent Donzell Chambless in connection with a violation of supervised release proceeding pending in the above-titled matter.

    I had previously been appointed pursuant to CJA to represent Mr. Chambless in the underlying prosecution herein, which proceeded to a guilty plea and sentence.

    On August 14, 2023, the probation office provided me with a copy of a violation report and summons issued against Mr. Chambless in connection with the pending VOSR proceeding. Following receipt of these materials, I reviewed them, consulted with the client, and communicated with the government and the probation office prior to the initial appearance on the VOSR, which occurred on September 6, 2023.

    I have no reason to believe that Mr. Chambless' financial condition has materially changed since the original prosecution of this matter.

    Accordingly, I ask that the Court appoint me as counsel on this VOSR matter and that the appointment be *nunc pro tunc* as of August 14, 2023.

Very truly yours,

*/s/ Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2023