MEMO ENDORSED

# Green & Willstatter
### Attorneys at Law
### 200 Mamaroneck Avenue
### Suite 605
### White Plains, New York 10601

Theodore S. Green      (914) 948-5656
Richard D. Willstatter      Fax (914) 948-8730      e-mail: theosgreen@msn.com

January 24, 2024

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

> **The Court GRANTS appointment, nunc pro tunc to Jan. 11, 2024, of Defense counsel Theodore Green as CJA counsel for Deft's VOSR. Clerk of Court is requested to terminate the motion at ECF No. 32.**
> **Dated: White Plains, NY**
> **January 25, 2024**
>
> **SO ORDERED:**
> *(signed)* Hon. Nelson S. Román
> United States District Judge

    re: *United States v. Chambless*, 19-cr-29 (NSR)

Dear Judge Román:

    This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act (CJA) to represent Donzell Chambless in connection with a newly-filed violation of supervised release (VOSR).

    Previously, I had been appointed to represent Mr. Chambless in a prior VOSR proceeding, which was resolved with an admission and resentencing on December 15, 2023.

    Thereafter, on January 11, 2024, the Probation Department filed the current VOSR, which is calendared for January 31, 2024. Because the new VOSR is a separate proceeding, my understanding is that it will require a separate CJA appointment.

    I have no reason to believe that Mr. Chambless' financial condition has materially changed since the last CJA appointment.

    Accordingly, I ask that the Court appoint me as counsel on the current VOSR and that the appointment be *nunc pro tunc* as of January 11, 2024, which is the date I received a copy of the summons and violation report.

Very truly yours,

*/s/ Theodore S. Green*
Theodore S. Green

To: All counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/25/2024